UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 3:19-cr-00137-EMC |
|---|---|
| Plaintiff, | |
| v. | **DETENTION ORDER** |
| LUIS VILLARREAL, | |
| Defendant. | |

Defendant Luis Villarreal is charged by indictment with violations of 21 U.S.C. § 841, related to the distribution of fentanyl, heroin and methamphetamine. Mr. Villarreal appeared before the Court for a detention hearing on April 2, 2019. Mr. Villarreal was represented by Gabriella Bischof and the government was represented by Sloan Heffron. Upon consideration of the facts, proffers and arguments presented, and for the reasons stated on the record, the Court finds by clear and convincing evidence that Mr. Villarreal poses a danger to the community and that no condition or combination of conditions currently available will reasonably assure that Mr. Villareal is not a danger to the community. While Mr. Villarreal proposes release to a residential drug treatment facility, given Mr. Villarreal's criminal history, lack of employment, and lack of appropriate sureties, such placement does not reasonably assure the safety of the community. The proposed surety is not appropriate given her criminal record. More importantly, however, Mr. Villarreal's recent criminal history demonstrates his danger. In particular, in March 2018 he was convicted in state court of a drug related crime arising out of an incident in January 2018. He was then convicted of engaging in another drug related crime the month following his conviction; in other words, he engaged in another drug crime just one month after being convicted of a drug crime. Then, on February 5, 2019 he was convicted of a burglary occurring on January 7, 2019,

and in the pending indictment is charged with engaging in the federal drug crimes described above just 20 days after that conviction. He was also on active probation at the time of his arrest. Accordingly, Mr. Villarreal is detained.

These findings are made without prejudice to Mr. Villarreal's right to seek review of his detention should new information arise.

Pursuant to 18 U.S.C. § 3142(i), IT IS ORDERED THAT:

1. Defendant Villarreal is committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant Villarreal be afforded reasonable opportunity for private consultation with counsel; and

3. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to an authorized United States marshal for the purpose of any appearance in connection with a court proceeding.

**IT IS SO ORDERED.**

Dated: April 2, 2019

JACQUELINE SCOTT CORLEY
United States Magistrate Judge