JODI LINKER
Federal Public Defender
GABRIELA BISCHOF
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:   415.436.7700
Facsimile:    415.436.7706
Email:          Gabriela_Bischof@fd.org

Counsel for Defendant Villarreal

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> LUIS VILLARREAL, <br><br> Defendant. | Case No. CR 3:19-cr-00137-EMC <br><br> STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE STATUS CONFERENCE |

    Mr. Villarreal, together with counsel for the United States, hereby moves this Court for an order continuing the status conference on the Form 12 from June 22, 2023, to August 10, 2023. Mr. Villarreal would like to move for release before resolving the Form 12, and the defense is still awaiting an acceptance letter from a drug treatment program. Accordingly, the parties stipulate and request that the Court continue the status conference on the Form 12 from June 22, 2023, to August 10, 2023.

IT IS SO STIPULATED.

DATED:                                                          SIGNED:

June 21, 2023                                                   /s/
Date                                                            SLOAN HEFFRON
                                                                Assistant United States Attorney

June 21, 2023                                                   /s/
Date                                                            GABRIELA BISCHOF
                                                                Attorney for Defendant Villarreal

GOOD CAUSE APPEARING, IT IS SO ORDERED.

6/22/2023
Date                                                            EDWARD M. CHEN
                                                                United States District Judge